**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NELSON ALGARIN,

                    Plaintiff,

    -against-                            22 **CIVIL** 8340 (JLR)

                                              **JUDGMENT**

NYC HEALTH + HOSPITALS CORP.,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 23, 2023, Defendant's motion to dismiss is GRANTED. The Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      June 23, 2023

                                                       **RUBY J. KRAJICK**

                                                         _____
                                                          **Clerk of Court**

                                 **BY:**        *K. Mango*

                                                          _____
                                                          **Deputy Clerk**